✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

3M INNOVATIVE PROPERTIES
COMPANY AND 3M PURIFICATION,
INC.,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

V.

Case Number:  11cv2164 (JRT/AJB)

SWIFT CANADA AND SWIFT GREEN
FILTERS LTD.,

Defendants,

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this case shall be **DISMISSED WITH PREJUDICE** and each party shall bear its own attorneys' fees and costs.

March 7, 2012                                                                                      RICHARD D. SLETTEN, CLERK
Date

                                                                                                          s/  M. Price
                                                                          (By)                     M. Price    Deputy Clerk

C:\Documents and Settings\price\Desktop\Blank Judgment Form.wpd                                                           Form Modified:  09/16/04